UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **SCHAFFER FAMILY INVESTORS, LLC, ET AL.** | **CIVIL ACTION NO. 15-0647** |
| | **JUDGE ROBERT G. JAMES** |
| **VERSUS** | |
| | **MAG. JUDGE PATRICK J. HANNA** |
| **KRIS MELANCON ESTATE, ET AL.** | |

## JUDGMENT

Upon Consideration,

IT IS ORDERED, ADJUDGED, AND DECREED that the parties' Joint Motion to Dismiss [Doc. No. 49] is GRANTED, and any and all claims and causes of action asserted by Plaintiffs Schaffer Family Investors, LLC and Robert Schaffer are DISMISSED WITH PREJUDICE, with all parties to bear their own costs.

MONROE, LOUISIANA, this 9th day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE